UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:14-cr-20-SEB-VTW |
| | ) | |
| ASHLEY BENNETT, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER APPROVING AND ADOPTING MAGISTRATE
JUDGE╒S REPORT AND RECOMMENDATION**

The Court, having considered the Magistrate Judge╒s Report and Recommendation dated May 4, 2016, hereby approves and adopts it as an order of this Court.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the defendant╒s supervised release is REVOKED.   The Defendant is hereby sentenced to the custody of the Attorney General or his designee for a period of time served.   The defendant shall be returned to supervised release for a term of 10 months, of which 9 months shall be served at a residential reentry center. The Court imposes the conditions of supervised release as outlined in the Report and Recommendation.

The defendant is to be released from custody immediately, and shall reside at the home of his ex-wife, Deanna Bennett, pending designation by the Bureau of Prisons to a residential reentry center.

Dated: 5/5/2016

*Sarah Evans Barker*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All counsel of record via CM/ECF
U.S. Probation
U.S. Marshal